# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128156

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

TORE LEADEONTRE PRICE,
   Defendant-Appellant.

SC: 128156
COA: 258410
Oakland CC: 2002-186986-FC

_____/

On order of the Court, the application for leave to appeal the January 11, 2005 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v McKay* (Docket No. 126930) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

KELLY, J., states:

While I concur in abeying for *People v McKay*, I would also hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

d0919